**2009–0466.   Columbus Bar Assn. v. Kizer.**
It is ordered by this court, sua sponte, that Tanya Johnston Kizer, Attorney Registration No. 0073402, last known business address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of September 17, 2009, to wit: failure to file an affidavit of compliance on or before October 19, 2009.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2010–1285.   State ex rel. DeGroot v. Tilsley.**
Hamilton App. No. C–100338.